UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00704-CNS-SP

A.V., a child, through his mother and next friend,
MICHELLE HANSON;

        Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1;
TONY SPURLOCK, the Douglas County Sheriff, in his official capacity; SIDNEY NICHOLSON, a Douglas County School Resource Officer, in his individual capacity;
LYLE PETERSON, a Douglas County School Resource Officer, in his individual capacity; DANIEL COYLE, a Douglas County School Resource Officer, in his individual capacity,

        Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff A.V., a child, through his mother and next friend, Michelle Villanueva (formerly Michelle Hanson) and Defendants Douglas County School District RE-1, Tony Spurlock, Sidney Nicholson, Lyle Peterson, and Daniel Coyle (collectively "the Parties") have reached a settlement in principle and are working to memorialize their agreement in a signed, written settlement agreement. After settlement has been finalized and approved by the probate court, the Parties will file a stipulation of dismissal with prejudice with the Court.

Dated:  May 3, 2023.

/s/ Kristen L. Ferries
Hugh Q. Gottschalk
Jennifer L. Parker
Kristen L. Ferries
Alex R. Bransford
Meghan W. Darby
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Email:   gottschalk@wtotrial.com
            parker@wtotrial.com
            ferries@wtotrial.com
            bransford@wtotrial.com
            darby@wtotrial.com

Mark Silverstein
Sara R. Neel
Timothy Macdonald
American Civil Liberties Union Foundation of CO
303 E. 17th Street #350
Denver, CO 80203
Telephone: 720.402.3104
Email: msilverstein@aclu-co.org
        sneel@aclu-co.org
        tmacdonald@aclu-co.org

Arielle K. Herzberg
Wilmer Cutler Pickering Hale & Dorr LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: 720.274.3158
Email:  Arielle.herzberg@wilmerhale.com

Jack D. Robinson
Spies, Powers & Robinson, P.C.
1660 Lincoln Street, Suite 2220
Denver, CO 80264
Telephone: 303.830.7090
Email: robinson@sprlaw.net

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Sean Kelly Dunnaway
Sean Kelly Dunnaway
Office of the County Attorney
Douglas County, Colorado
100 Third Street
Castle Rock, CO 80104
Telephone: (303) 660-7414
Email:  kdunnaway@douglas.co.us

*Attorney for Defendant Tony Spurlock, in his official capacity; SRO Defendants Sidney Nicholson, Lyle Peterson, and Daniel Coyle*

/s/ Jonathan P. Fero
Semple, Farrington, Everall & Case, P.C.
Johnathan Koonce
M. Brent Case
Jonathan P. Fero
1120 Lincoln Street, Suite 1308
Denver, CO 80203
Telephone:  (303) 595-0941
bcase@semplelaw.com
jfero@semplelaw.com
jkoonce@semplelaw.com

*Attorneys for Defendant Douglas County School District*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 3, 2023, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Michael Brent Case**
  bcase@semplelaw.com, kschmidt@semplelaw.com, emontoya@semplelaw.com

- **Kelly Dunnaway**
  kdunnawa@douglas.co.us, chancock@douglas.co.us, pfiedler@douglas.co.us

- **Amy F. Edwards**
  aedwards@douglas.co.us, chancock@douglas.co.us, pfiedler@douglas.co.us, awilliam@douglas.co.us

- **Jonathan Patrick Fero**
  jfero@semplelaw.com, kschmidt@semplelaw.com, emontoya@semplelaw.com

- **M. Jonathan Koonce**
  jkoonce@semplelaw.com, mjohn.koonce@gmail.com, kschmidt@semplelaw.com, emontoya@semplelaw.com

*/s/ Kristen L. Ferries*