UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00704-CNS-SP

A.V., a child, through his mother and next friend,
MICHELLE HANSON;

        Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT RE-1;
TONY SPURLOCK, the Douglas County Sheriff, in his official capacity; SIDNEY NICHOLSON, a Douglas County School Resource Officer, in his individual capacity;
LYLE PETERSON, a Douglas County School Resource Officer, in his individual capacity; DANIEL COYLE, a Douglas County School Resource Officer, in his individual capacity,

        Defendants.

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT A DISMISSAL PAPER

Plaintiff A.V., a child, through his mother and next friend, Michelle Villanueva (formerly Michelle Hanson) and Defendants Douglas County School District RE-1, Tony Spurlock, Sidney Nicholson, Lyle Peterson, and Daniel Coyle (collectively "the Parties") respectfully request the Court extend the deadline to submit dismissal papers from November 7, 2023 to **November 21, 2023**. In support of the request, the Parties state as follows:

1. The Parties reached a settlement in principle on May 3, 2023. The following day, the Court ordered the Parties to submit either a dismissal paper or a joint status report by June 20, 2023. (ECF No. 179.)

2. On June 20, 2023, the Parties filed a Joint Status report, notifying the Court that the Parties finalized the settlement agreement but were pursuing probate court approval of the settlement. (ECF No. 181.)

3. That same day, the Court ordered the Parties to submit their dismissal paper by August 21, 2023. (ECF No. 182.)

4. Prior to that deadline, on August 18, 2023 the Parties sought a 60-day extension of the deadline to submit a dismissal paper, given that the probate court had not yet scheduled a hearing to approve the settlement. (ECF No. 183.)

5. That same day, the Court granted the Parties' joint motion, extending the deadline to submit a dismissal paper to October 20, 2023. (ECF No. 184.)

6. Subsequently, the probate court scheduled the Parties' hearing for October 31, 2023, the earliest date available with both the court's and counsels' calendars.

7. The parties requested an extension until one week after this hearing is held, anticipating probate court approval and subsequent finalizing of payment. On September 18, the Court granted that motion. (ECF No. 187.)

8. The parties now anticipate the need for an additional two weeks. Good cause exists to extend the deadline because although the probate court approved the settlement and issued its order, the parties are finalizing payment which requires approval by the Douglas County School Board.

9. No party will be prejudiced by the extension of this deadline, and no party opposes the requested relief.

10. This is the Parties' third motion to extend the deadline for filing a dismissal paper, both of which the Parties have sought for the purpose of obtaining probate court approval of the settlement.

11. Pursuant to D.C.COLO.L.CivR 6.1(c), undersigned counsel certifies they have contemporaneously served a copy of this Motion on their respective clients.

Accordingly, the Parties respectfully request the Court extend the deadline for submitting a dismissal paper from October 23 to **November 21, 2023**.

Respectfully submitted,

*/s/ Meghan W. Darby*
Hugh Q. Gottschalk
Jennifer L. Parker
Meghan W. Darby
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Email:   gottschalk@wtotrial.com
             parker@wtotrial.com
             darby@wtotrial.com

Timothy Macdonald
Sara R. Neel
American Civil Liberties Union Foundation of CO
303 E. 17th Street #350
Denver, CO 80203
Telephone: 720.402.3104
Email: tmacdonald@aclu-co.org
          sneel@aclu-co.org

Arielle K. Herzberg
Wilmer Cutler Pickering Hale & Dorr LLP
1225 17th Street, Suite 2600

Dated: November 7, 2023.

*/s/ Sean Kelly Dunnaway*
Sean Kelly Dunnaway
Office of the County Attorney
Douglas County, Colorado
100 Third Street
Castle Rock, CO 80104
Telephone: (303) 660-7414
Email:  kdunnaway@douglas.co.us

*Attorney for Defendant Tony Spurlock, in his official capacity; SRO Defendants Sidney Nicholson, Lyle Peterson, and Daniel Coyle*

*/s/ Jonathan P. Fero*
Semple, Farrington, Everall & Case, P.C.
Johnathan Koonce
M. Brent Case
Jonathan P. Fero
1120 Lincoln Street, Suite 1308
Denver, CO 80203
Telephone:  (303) 595-0941

Denver, CO 80202
Telephone: 720.274.3158
Email:  Arielle.herzberg@wilmerhale.com

Jack D. Robinson
Spies, Powers & Robinson, P.C.
1660 Lincoln Street, Suite 2220
Denver, CO 80264
Telephone: 303.830.7090
Email: robinson@sprlaw.net
*In cooperation with the ACLU Foundation of Colorado*
*Attorneys for Plaintiff A.V., through his mother and next friend, Michelle Hanson*

bcase@semplelaw.com
jfero@semplelaw.com
jkoonce@semplelaw.com

*Attorneys for Defendant Douglas County School District*

## CERTIFICATE OF SERVICE (CM/ECF)

- **Michael Brent Case**  bcase@semplelaw.com, kschmidt@semplelaw.com, emontoya@semplelaw.com

- **Kelly Dunnaway**  kdunnawa@douglas.co.us, chancock@douglas.co.us, pfiedler@douglas.co.us

- **Amy F. Edwards**  aedwards@douglas.co.us, chancock@douglas.co.us, pfiedler@douglas.co.us, awilliam@douglas.co.us

- **Jonathan Patrick Fero**  jfero@semplelaw.com, kschmidt@semplelaw.com, emontoya@semplelaw.com

- **M. Jonathan Koonce**  jkoonce@semplelaw.com, mjohn.koonce@gmail.com, kschmidt@semplelaw.com, emontoya@semplelaw.com


  */s/Mary Lakey-Green*